# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| GEMINI CAPITAL GROUP, LLC, | ) |
| Plaintiff, | ) |
| | ) Case Number: 6:14-cv-03161-DPR |
| vs. | ) |
| MILLER AND STEENO, P.C., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER UNDER SEAL

**COMES NOW** Defendant, Miller and Steeno, P.C., through undersigned counsel, and seeks leave to file under seal Defendant's Amended Answer. The contract at issue in this case is referenced in Defendant's proposed Amended Answer and attached thereto as an exhibit. The terms of the contract are confidential. Accordingly, Defendant seeks leave to file its Amended Answer under seal.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH, P.C.

*/s/ Stephen J. Moore*
_____
Stephen J. Moore #58100
7710 Carondelet Avenue, Suite 217
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
smoore@gjtbs.com
*Attorneys for Defendant, Miller & Steeno, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served electronically via operation of the Court's CM/ECF system to all counsel of record, this 26th day of February, 2015.

*/s/*     *Stephen J. Moore*
_____