# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| GEMINI CAPITAL GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 6:14-cv-03161-SRB |
| vs. ) | |
| ) | |
| MILLER AND STEENO, P.C., ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE ANSWER
## TO INTERVENORS' COMPLAINT UNDER SEAL

**COMES NOW** Defendant, Miller and Steeno, P.C., through undersigned counsel, and seeks leave to file under seal Defendant's Answer and Affirmative Defenses to Intervenors' Complaint. The contract at issue in this case is referenced in Defendant's pleading and attached thereto as an exhibit. The terms of the contract are confidential. Accordingly, Defendant seeks leave to file its Answer under seal.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH, P.C.

*/s/ Stephen J. Moore*

_____

Stephen J. Moore #58100
7800 Forsyth, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
smoore@gjtbs.com
*Attorneys for Defendant, Miller & Steeno, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served electronically via operation of the Court's CM/ECF system to all counsel of record, this 25th day of February 2016.

*/s/* **Stephen J. Moore**

_____